1  Daniel H. Qualls, Bar No. 109036
   Robin G. Workman, Bar No. 145810
2  **QUALLS & WORKMAN, LLP**
   244 California Street, Suite 410
3  San Francisco, CA 94111
   Telephone: (415) 782-3660
4  Facsimile: (415) 788-1028

5  David Sanford, D.C. Bar No. 457933
   Meenoo Chahbazi, CA Bar No. 233985
6  **SANFORD, WITTELS & HEISLER, LLP**
   1666 Connecticut Avenue, N.W., Suite 310
7  Washington, D.C. 20009
   Telephone: (202) 742-7780
8  Facsimile: (202) 742-7776

9  Grant Morris, D.C. Bar No. 926253
   **LAW OFFICES OF GRANT E. MORRIS**
10 1666 Connecticut Avenue, N.W., Suite 310
   Washington, D.C. 20009
11 Telephone: (202) 742-7783
   Facsimile: (202) 742-7776
12

13 *Attorneys for Plaintiff and all others similarly situated*

14              UNITED STATES DISTRICT COURT
15              NORTHERN DISTRICT OF CALIFORNIA

16 SHAVOTNAE GOLDSBY, AND ALL OTHER ) No. CV-07-5604 MMC
17 SIMILARLY SITUATED,                )
                                      ) **DEMAND FOR JURY TRIAL**
18         Plaintiffs,                )
                                      )
19     vs.                            )
                                      )
20 ADECCO, INC., AND DOES 1 THROUGH 100, )
   INCLUSIVE,                         )
21                                    )
           Defendants.                )
22 _____)

23     Plaintiff Shavotnae Goldsby hereby demands a trial by jury.

24 Date: 11/14/2007

25                                    QUALLS & WORKMAN, L.L.P.
26
                                      By: _____
27                                        Daniel H. Qualls
                                          Attorneys for Plaintiff
28