UNITED STATES DISTRICT COURT

Northern District of California

RECEIVED
NOV 26 2007
E-Filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHAVOTNAE GOLDSBY, on behalf of herself and all others similarly situated,

                    Plaintiff(s),

v.

ADECCO, INC, and Does 1 through 100, inclusive,

                    Defendant(s).

CASE NO. CV-07-5604 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

David Sanford, an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Sanford, Wittels & Heisler, LLP
1666 Connecticut Avenue, N.W., Suite 310, Washington, DC 20009
Telephone: (202) 742-7780

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: NOV 28 2007

/s/ Maxine M. Chesney
United States District Judge
Maxine M. Chesney