UNITED STATES DISTRICT COURT

Northern District of California

E-Filing

SHAVOTNAE GOLDSBY, on behalf of
herself and all others similarly situated,

                    Plaintiff(s),

    v.

ADECCO, INC, and Does 1 through 100,
inclusive,

                    Defendant(s).

CASE NO. CV-07-5604 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Grant Morris , an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Law Offices of Grant Morris
1666 Connecticut Avenue, N.W., Suite 310, Washington, DC 20009
Telephone: (202) 742-7783

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: **DEC X 6 2007**

                                          United States District Judge
                                          Maxine M. Chesney