# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Goldsby,<br><br>                Plaintiff(s),<br><br>   v.<br><br>Adecco, Inc,<br><br>                Defendant(s). | 07-05604 MMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: January 31, 2008

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

*Timothy Smagacz* (signature)

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**PROOF OF SERVICE**

Case Name:          Goldsby v. Adecco, Inc

Case Number:     07-05604 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On January 31, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Robin Gibson Workman
>   Qualls & Workman LLP
>   244 California Street
>   Suite 410
>   San Francisco, CA 94111
>   robin1@qualls-workman.com
>
>   Daniel H. Qualls
>   Qualls & Workman LLP_
>   244 California Street
>   Suite 410
>   San Francisco, CA 94111
>   qualls@qualls-workman.com
>
>   Meenoo Chahbazi
>   Sanford, Wittels, & Heisler LLP
>   1666 Connecticut Avenue, NW
>   Suite 310
>   Washington, DC 20009
>
>   Grant Morris

Law Offices of Grant E. Morris
1666 Connecticut Avenue, N.W., Suite 310
Washington, DC 20009

David W. Sanford
Sanford, Wittels & Heisler, LLP
1666 Connecticut Avenue, N.W., Suite 310
Washington, DC 20009
dsanford@nydclaw.com

Angela Corridan
Sanford Wittels & Heisler LLP
1666 Connecticut Avenue NW
Suite  310
Washington, DC 20009

Ross Allen Boughton
Sheppard Mullin Richter & Hampton
333 South Hope Street
48th Floor
Los Angeles, CA 90071

Charles F. Barker
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448
cbarker@sheppardmullin.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 31, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov