UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Goldsby, Shavotnae

                Plaintiff(s),

v.

Adecco, Inc. and DOES 1 through 100, inclusive

                Defendant(s).

CASE NO. 07-05604MMC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓   Private ADR *(please identify process and provider)* The parties agree to mediate with Mark Rudy of Rudy Exelrod & Zieff on or before June 30, 2008.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓   other requested deadline June 30, 2008

Dated: 2/8/08
                                                        Attorney for Plaintiff

Dated: 2/8/2008
                                                        Attorney for Defendant

~~[PROPOSED]~~ ORDER

     Pursuant to the Stipulation above, the captioned matter is hereby referred to:
          Non-binding Arbitration
          Early Neutral Evaluation (ENE)
✓     Mediation  (private mediation)
          Private ADR

     Deadline for ADR session
          90 days from the date of this order.
✓     other   June 30, 2008

IT IS SO ORDERED.

Dated: February 12, 2008

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT