UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Shavotnae Goldsby

　　　　　　　　　　Plaintiff(s),

Case No. 07-05604 MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Adecco, Inc. and Does 1 through 100,
inclusive
　　　　　　　　　　Defendant(s).
_____/

　　　　Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

　　　　(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

　　　　(2) Discussed the available dispute resolution options provided by the Court and private entities; and

　　　　(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/11/08

　　　　　　　　　　　　　　　　　　　　　　　　　　　[Party]

Dated: 2/12/08

　　　　　　　　　　　　　　　　　　　　　　　　　　　[Counsel]