**CIVIL MINUTES**

Judge **MAXINE M. CHESNEY**

Date: FEB 15 2008

C-<u>07-5604</u>-MMC

<u>SHAVOTNAE GOLOSBY</u> v <u>ADECCO, INC.</u>

Attorneys: <u>DANIEL QUALLS</u>    <u>CHARLES BARKER</u>

Deputy Clerk: **TRACY LUCERO**    Reporter: <u>NOT REPORTED</u>

**PROCEEDINGS:**    **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference    ( ) P/T Conference    (✓) **INITIAL** Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 1/30/09. Meet & confer by 3/16/09. Joint statement due by 1/30/09.

(✓) ORDER TO BE PREPARED BY:    Plntf____    Deft____    Court ✓

(✓) Referred ~~to Magistrate~~ For: <u>Private mediation by prior agreement of parties</u>
    (✓)By Court

(✓) CASE CONTINUED TO <u>2/6/09 @ 10:30</u> for <u>Further Status Conference</u>

Discovery Cut-Off <u>11/21/08</u>    Expert Discovery Cut-Off <u>1/16/09</u>

π/Δ ~~Plntf~~ to Name Experts by <u>12/12/08</u>    π/Δ REBUTTAL ~~Deft~~ to Name Experts by <u>12/26/08</u>

P/T Conference Date <u>4/21/09 @ 3:00</u>    Trial Date <u>5/4/09 @ 9:00</u>    Set for <u>6-9</u> days
    Type of Trial: (✓)Jury    ( )Court

Notes: Deadline to file amended pleadings is 4/1/08. π to file motion for class certification by 7/7/08, opposition due 8/6/08, reply due by 8/20/08, Hearing on motion 9/5/08 @ 9:00 A.M.

cc: ADR