# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**           **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: May 16, 2008                **Court Reporter:** Jim Yeomans


**CASE NO.: C-07-6504    JSW**

**TITLE:** Aaron Brown v. Community Housing Partnership. et al.,


**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**

Aaron Brown - pro se                  Matthew Weiler
                                      Diane Webb
                                      Lillian Woug


**PROCEEDINGS:**   1) Motion to Dismiss

                    2) Motion for Preliminary Injunction (TRO)

                    3) Initial Case Management Conference


**RESULTS:**   Hearing held.
The Court heard argument from the parties.
Mr. Brown orally withdrew his Motion for Preliminary Injunction.
The motions are taken under submission.
A written ruling shall issue.

The Initial Case Management Conference is not held.
A new date for a Case Management Conference will be rescheduled, if needed, within the order re: ruling on motions.