```
 1  Daniel H. Qualls, Bar No. 109036
    Robin G. Workman, Bar No. 145810
 2  QUALLS & WORKMAN, LLP
    244 California Street, Suite 410
 3  San Francisco, CA 94111
    Telephone: (415) 782-3660
 4  Facsimile: (415) 788-1028

 5  David Sanford, D.C. Bar No. 457933
    Meenoo Chahbazi, CA Bar No. 233985
 6  SANFORD, WITTELS & HEISLER, LLP
    1666 Connecticut Avenue, N.W., Suite 310
 7  Washington, D.C. 20009
    Telephone: (202) 742-7780
 8  Facsimile:  (202) 742-7776

 9  Grant Morris, D.C. Bar No. 926253
    LAW OFFICES OF GRANT E. MORRIS
10  1666 Connecticut Avenue, N.W., Suite 310
    Washington, D.C. 20009
11  Telephone: (202) 742-7783
    Facsimile:  (202) 742-7776
12

13  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVOTNAE GOLDSBY, AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> ADECCO, INC, and DOES 1 through 100, inclusive, <br><br> Defendants. | No.  CV-07-5604 MMC <br><br> **PLAINTIFF SHAVOTNE GOLDSBY'S NOTICE OF MOTION AND MOTION TO MODIFY PRETRIAL PREPARATION ORDER** <br><br> DATE: AUGUST 1, 2008 <br> TIME:  10:30 A.M. <br> CTRM: 7 <br> JUDGE: HON. MAXINE M. CHESNEY |

NOTICE OF MOTION            -1-            3153/MOTIONS/NOTMODIFY.DOC

1  TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on August 1, 2008 at 10:30 a.m. or as soon thereafter as the
3  matter can be heard in Department 20 of the above-entitled court, located at 450 Golden Gate
4  Avenue, San Francisco, California, Plaintiff will move the above-entitled court for an order
5  modifying the Court's pretrial preparation order regarding class certification motion filing and
6  hearing dates.

7  This motion will be based on this Notice, the Memorandum of Points and Authorities filed
8  herewith, the Declaration of Daniel H. Qualls filed herewith, the complete files and records in this
9  action, and such other argument and documents as may be presented at the hearing on this Motion.

10

11  Date:   June 27, 2008                         QUALLS & WORKMAN, L.L.P.

12
13                                      By:  _____
14                                           Daniel H. Qualls
                                             Attorney for Plaintiff