Daniel H. Qualls, Bar No. 109036
Robin G. Workman, Bar No. 145810
**QUALLS & WORKMAN, LLP**
244 California Street, Suite 410
San Francisco, CA 94111
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

David Sanford, D.C. Bar No. 457933
Meenoo Chahbazi, CA Bar No. 233985
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVOTNAE GOLDSBY, AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>ADECCO, INC, and DOES 1 through 100, inclusive,<br><br>Defendants. | No.  CV-07-5604 MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SHAVOTNAE GOLDSBY'S NOTICE OF MOTION AND MOTION TO MODIFY PRETRIAL PREPARATION ORDER**<br><br>DATE: AUGUST 1, 2008<br>TIME: 10:30 A.M.<br>CTRM: 7<br>JUDGE: HON. MAXINE M. CHESNEY |

1    This matter having come on regularly for hearing before the Honorable Maxine M. Chesney in Courtroom 7 of the United States District Court For The Northern District Of California on August 1, 2008, Daniel H. Qualls of Qualls & Workman, L.L.P. appearing on behalf of Plaintiff and Ross A. Boughton, Esq. of Sheppard, Mullin, Richter & Hampton, LLP appearing on behalf of Defendant Adecco, Inc.

Plaintiff Shavotnae Goldsby seeks modification of the existing Pretrial Preparation Order, entered by this Court on February 15, 2008, by extending the time permitted for Plaintiff to file her motion for class certification by 75 days. Good cause for modification exists pursuant to Fed. Rule Civ. Proc. 16(b)(4) given Defendant Adecco's repeated delays in permitting Plaintiff to take 30(b)(6) depositions on the topics of Adecco's compensation policies, California meal period break policies, and California meal period break recordkeeping practices and procedures. Defendant did not produce its representative on these topics for over eight months after the depositions were originally noticed. Good cause further exists given Defendant's failure to provide full and complete answers to Plaintiff's special interrogatories. The short time period between the 30(b)(6) deposition, which took place on June 4, 2008, and the July 7, 2008 deadline for filing a motion for class certification coupled with the lack of interrogatory answers by Defendant do not accord Plaintiff the opportunity to procure pre-certification evidence. After briefing and argument, and good cause appearing,

**IT IS HEREBY ORDERED**:

The following modifications to the existing Pretrial Preparation Order are permitted:

1. Plaintiff's Motion for Class Certification is to be filed by September 22, 2008.
2. Defendant's Opposition is due October 21, 2008.
3. Plaintiff's Reply is due November 4, 2008.
4. The Hearing on Plaintiff's Motion will take place November 21, 2008 at 9:00 a.m.
5. A further Pretrial Scheduling Conference will take place August 26, 2008 at 3:00 p.m.

1 | **IT IS SO ORDERED.**

4 | Dated: _____

_____
Honorable Maxine M. Chesney
United States District Court Judge