1  Daniel H. Qualls, Bar No. 109036
   Robin G. Workman, Bar No. 145810
2  **QUALLS & WORKMAN, LLP**
   244 California Street, Suite 410
3  San Francisco, CA 94111
   Telephone: (415) 782-3660
4  Facsimile: (415) 788-1028

5  David Sanford, D.C. Bar No. 457933
   Meenoo Chahbazi, CA Bar No. 233985
6  **SANFORD, WITTELS & HEISLER, LLP**
   1666 Connecticut Avenue, N.W., Suite 310
7  Washington, D.C. 20009
   Telephone: (202) 742-7780
8  Facsimile: (202) 742-7776

9  Grant Morris, D.C. Bar No. 926253
   **LAW OFFICES OF GRANT E. MORRIS**
10 1666 Connecticut Avenue, N.W., Suite 310
   Washington, D.C. 20009
11 Telephone: (202) 742-7783
   Facsimile: (202) 742-7776
12

13 *Attorneys for Plaintiff*

14

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19 SHAVOTNAE GOLDSBY, AND ALL OTHERS    ) No. CV-07-5604 MMC
   SIMILARLY SITUATED,                  )
20                                      ) **[PROPOSED] ORDER GRANTING
              Plaintiff,                ) PLAINTIFF'S MOTION TO COMPEL
21                                      ) FURTHER RESPONSES TO
          vs.                           ) PLAINTIFF'S FIRST SET OF
22                                      ) SPECIAL INTERROGATORIES**
   ADECCO, INC, and DOES 1 through 100, inclusive, )
23                                      ) DATE:   AUGUST 15, 2008
              Defendants.               ) TIME:   9:00 A.M.
24                                      ) CTRM:   7
                                        ) JUDGE:  HON. MAXINE M.
25                                      ) CHESNEY
                                        )
26

27

28

[PROPOSED] ORDER                    -1-              3153/MOTIONS/COMPEL1ORDER.DOC

This matter, having come on regularly for hearing before the Honorable Maxine M. Chesney in Courtroom 7 of the United States District Court For The Northern District Of California on August 15, 2008, Daniel H. Qualls of Qualls & Workman, L.L.P. appearing on behalf of Plaintiff and Ross A. Boughton, Esq. of Sheppard, Mullin, Richter & Hampton, LLP appearing on behalf of Defendant Adecco, Inc.

After briefing and argument, and good cause appearing,

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Compel Further Responses to Plaintiff's Special Interrogatories is GRANTED.
2. Defendant is to produce the names, addresses, telephone numbers, and email addresses as requested in Special Interrogatory No. 1 within 7 days of the date of this Order.
3. Defendant is to produce the information requested in Special Interrogatories No. 2 through 5 within 7 days of the date of this order.

**IT IS SO ORDERED.**

Dated: _____          _____
                                Honorable Maxine M. Chesney
                                United States District Court Judge