IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVOTNAE GOLDSBY,<br><br>　　　　Plaintiff<br><br>　v.<br><br>ADEECO, INC.,<br><br>　　　　Defendant<br>_____/ | No. C 07-5604 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL** |

　　　Pursuant to Civil Local Rule 72-1, plaintiff's "Motion to Compel Further Responses to Plaintiff's First Set of Special Interrogatories," filed July 3, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

　　　Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

　　　The August 15, 2008 hearing noticed before the undersigned is VACATED.

　　　**IT IS SO ORDERED**.

Dated: July 7, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge