<u>PROOF OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</u>

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On **July 11, 2008**, I served the following document(s) described as **DEFENDANT ADECCO INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY PRETRIAL PREPARATION ORDER; DECLARATION OF ROSS A BOUGHTON IN SUPPORT OF DEFENDANT ADECCO INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY PRETRIAL PREPARATION ORDER** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**SEE ATTACHED LIST**

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 213-620-1398. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **July 11, 2008**, at Los Angeles, California.

/s/ M. Hester Brown
M. Hester Brown

-1-

| | | |
|---|---|---|
| 1 | David Sanford, Esquire<br>Meenoo Chahbazi, Esquire | 202-742-7780<br>FAX: 202-742-7776 |
| 2 | Sanford, Wittels & Heisler, LLP<br>1666 Connecticut Avenue, N.W., Suite 310 | |
| 3 | Washington, D.C. 20009 | |
| 4 | Grant Morris, Esquire<br>Law Offices of Grant E. Morris | 202-742-7783<br>FAX: 202-742-7776 |
| 5 | 1666 Connecticut Avenue, N.W., Suite 310<br>Washington, D.C. 20009 | |
| 6 | | |
| 7 | Daniel H. Qualls, Esquire<br>Robin G. Workman, Esquire | 415-782-3660<br>FAX: 415-788-1028 |
| 8 | Qualls & Workman, LLP<br>244 California Street, Suite 410 | |
| | San Francisco, California 94111 | |

-2-