Daniel H. Qualls, Bar No. 109036
Robin G. Workman, Bar No. 145810
**QUALLS & WORKMAN, LLP**
244 California Street, Suite 410
San Francisco, CA 94111
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

David Sanford, D.C. Bar No. 457933
Meenoo Chahbazi, CA Bar No. 233985
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVOTNAE GOLDSBY, AND ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br><br>   vs.<br><br>ADECCO, INC, and DOES 1 through 100, inclusive,<br><br>        Defendants. | No.  CV-07-5604 MMC<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL H. QUALLS IN SUPPORT OF PLAINTIFF SHAVOTNE GOLDSBY'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO MODIFY PRETRIAL PREPARATION ORDER**<br><br>**DATE: AUGUST 1, 2008**<br>**TIME:  10:30 A.M.**<br>**CTRM: 7**<br>**JUDGE: HON. MAXINE M. CHESNEY** |

1  I, Daniel H. Qualls, declare as follows:

2      1.    I am an attorney at law, duly licensed to practice before all the courts of the State of

3  California, and am a Partner with the law firm of Qualls & Workman, L.L.P., attorneys of record

4  herein for Plaintiff Shavotnae Goldsby.  The following is based on my personal knowledge, and if

5  called upon to do so, I could and would competently testify thereto.

6      2.    On June 4, 2008, Plaintiff's counsel took the deposition of ADECCO's

7  representative, Kim Hans, Vice President of Operations, Southwest Division on the noticed topics.

8  At this deposition, Plaintiff learned the nature of Defendant's recordkeeping practices for the first

9  time:  the various methods by which ADECCO hourly employees record their meal periods and

10 the existence of ADECCO's records thereof.  Attached hereto as Exhibit A are true and correct

11 copies of Kim Hans' deposition testimony.

12     I declare under penalty of perjury that the foregoing is true and correct and that this

13 Declaration was executed July 18, 2008, in San Francisco, California.

14

15

16                                          DANIEL H. QUALLS

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A.

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3

4

5     SHAVOTNAE GOLDSBY, AND      )
      ALL OTHERS SIMILARLY        )
6     SITUATED,                   )
                                  )
7              Plaintiff,         )
                                  )
8     vs.                        )  Case No. CV-07-5604 MMC
                                  )
9     ADECCO, INC, and DOES 1     )
      through 100, inclusive,     )
10                                )
               Defendants.        )
11    _____)

12

13

14

15                      DEPOSITION OF

16                        KIM HANS

17

18                       ---oOo---

19

20                      JUNE 4, 2008

21

22

23

24

25   REPORTED BY:  CHERREE P. GAGE, CSR No. 11108, RPR, CRR

1    Q.    When Adecco employees fill out time cards, do
2    they do so online?
3    A.    They can do so online.
4    Q.    Is there any other way they can fill out time
5    cards?
6    A.    We also have a telephone system that they can
7    input their time through.
8    Q.    Any other way?
9    A.    They can turn in a time card to our office,
10   they can use a punch clock or electronic timekeeping
11   system at the customer site.
12   Q.    Any other way?
13   A.    I can't think of anything.
14   Q.    What percentage of time cards are filled out
15   online?
16   A.    I don't know the exact answer to that.
17   Q.    Can you give me an estimation?
18   A.    I would not be able to give you an estimation.
19   We would have to do some research to find out.
20   Q.    Are most time cards filled out online?
21   A.    I wouldn't say most, no.  It really varies.
22   Q.    How long are time cards filled out online
23   kept?
24   A.    I don't know the exact answer to that, but we
25   can find out for you.

KIM HANS

1    associate to see their time card.  And customers in some

2    cases have copies of the time cards and we can ask them

3    to see the time card.

4            MR. QUALLS:  Could you read back that response

5    for me, please.

6            (Whereupon the record was read as requested.)

7        Q.    BY MR. QUALLS:  Do employees who use Exhibit 3

8    for their time cards also submit hard copy time cards?

9        A.    Sometimes.

10       Q.    And some employees don't do so; is that

11   correct?

12       A.    Right.

13       Q.    For employees who submit Exhibit 3 as their

14   time card electronically, are those employees also

15   required to submit a hard copy time card?

16       A.    They're not required to.

17       Q.    For employees who submit Exhibit 3

18   electronically, are customers also required to maintain

19   a time card for that employee?

20       A.    We'd like them to.  They're not required to.

21       Q.    Have you ever tried to retrieve meal period

22   information for an employee who has submitted a time

23   card such as Exhibit 3?

24       A.    I have not.

25       Q.    Have you ever directed anyone to do so?

Page 26

1    A.    Yes.  Because we do ask our associates to fill

2    out the paper time card if that's the time capture

3    method that's being used.

4    Q.    Did you --

5    A.    And we ask them to turn the time cards in to

6    us.

7    Q.    Did you take any other steps?

8    A.    No.

9    Q.    When an employee uses the time capture system

10   to enter time card information, does the employee enter

11   the time worked began and the time worked ended in a

12   given day?

13   A.    No.

14   Q.    Does the employee enter the number of hours

15   worked on a given day?

16   A.    Yes.

17         MR. QUALLS:  Off the record.

18         (Discussion off the record.)

19   Q.    BY MR. QUALLS:  Turning your attention again

20   to Exhibit 3 on the top.

21   A.    Yep.

22   Q.    There's a reference to "Call in your hours to

23   ATS"?

24   A.    Automated time sheet I think is what that

25   stands for.

1      Q.    What percentage of employees use ATS to submit

2  a time sheet?

3      A.    I don't know.

4      Q.    Are you able to estimate the percentage?

5      A.    I'm not.  It really would depend.

6      Q.    Do most employees use ATS?

7      A.    No.

8      Q.    How long has the ATS system been used by

9  Adecco?

10      A.    I don't know.

11      Q.    What is your best estimate of when Adecco

12  began using the ATS system?

13      A.    About four, five years ago.  I don't know.

14  Someone would have to verify that.

15      Q.    Are there any written instructions provided

16  employees on the subject of how to use the ATS system?

17      A.    No.  I believe it's self-explanatory.  It

18  walks them through.  It's an automated system.

19      Q.    Does the ATS system capture meal period

20  information?

21      A.    I don't believe so.

22      Q.    What information does the ATS system capture?

23      A.    I believe it's the same as the web time where

24  it captures daily hours.

25      Q.    Are employees who use the ATS system required

1    to also prepare a hard copy of their time?

2        A.    Ideally we'd like them to do that.

3        Q.    My question is are they required to do so?

4        A.    In some cases we ask them to.  As far as

5    required, there are no consequences if they don't.

6        Q.    Are they told they must?

7        A.    Yes.

8        Q.    So all employees that use the ATS system are

9    told they also must keep a hard copy of a time card?

10       A.    Yes.

11       Q.    So employees who use the ATS system both use

12   the ATS system and fill out a paper time card; is that

13   right?

14       A.    They're supposed to.

15       Q.    Is there any monitoring system in place to

16   determine which employees who use the ATS system do not

17   fill out a paper time card?

18       A.    Not that I'm aware of.

19       Q.    Is there any enforcement of the requirement

20   that employees who use the ATS system also fill out a

21   paper time card?

22       A.    Not as a general practice.

23       Q.    To your knowledge does Adecco have any way of

24   knowing which employees -- withdraw the question.

25             Are clients required to keep a record of meal

1    ambiguous.

2        Q.    BY MR. QUALLS:  You can answer.

3        A.    We receive -- we can access records that show

4    the total time that's input by our associates.

5        Q.    What are those reports called?

6        A.    Payroll register.

7        Q.    Does the payroll register indicate that the

8    information was submitted through the ATS system?

9        A.    I don't think so.

10        Q.    Is there any summary that you're aware of of

11    data submitted through the ATS system?

12        A.    I'm not aware of.

13        Q.    If you wanted to know what information was

14    submitted by an individual employee through the ATS

15    system specifically, would there be a way for you to

16    determine that?

17        A.    I don't know.

18        Q.    Are employees who use the ATS system told in

19    writing that they are required to also keep a hard copy

20    time card?  Withdraw the question.  Restate it.

21        Are employees who use the ATS system told in

22    writing that they are also to submit a hard copy time

23    card?

24        A.    They're not -- they're asked to submit a hard

25    copy to the client.  It does not indicate that they must

1     submit a hard copy to Adecco.

2          Q.    The hard copy time card goes to the client,

3     not Adecco; is that correct?

4          A.    We ask them to submit a copy of the time card

5     to Adecco.  We also ask them to submit a hard copy to

6     the client.  It's in writing that they need to give a

7     copy to the customer.

8          Q.    They have nothing in writing telling them that

9     they have to give a copy also to Adecco; is that

10    correct?

11         A.    I don't believe so.  Can I see the time card?

12         Q.    Sure.

13         A.    Customer copy, associate copy, customer copy.

14    No.  There's nothing that says Adecco copy.

15         Q.    Are associates told that the associate copy on

16    Exhibit 3 is to be given by the associate to Adecco?

17         A.    No.  We don't require they give us their copy.

18    We require a copy of the time card, so they could fax us

19    a copy of it, they can drop off their copy, they can

20    make a copy.

21         Q.    If one asks for it; is that correct?

22         A.    Right.

23         Q.    Unless someone asks for it, there's no

24    requirement that they submit their copy to Adecco on a

25    weekly basis?

1      Q.    How long are ATS records kept?

2      A.    I don't know.

3      Q.    If you wanted to know the answer to that

4    question, who would you ask?

5      A.    I would ask our operations department or our

6    IT department.

7      Q.    Do you know where ATS records are kept?

8      A.    No.  Not specifically.

9      Q.    For employees who use the ATS system but do

10    not submit a paper time card to Adecco, is a record kept

11    by Adecco of meal periods?

12     A.    No.

13     Q.    Some Adecco employees use paper time cards; is

14    that correct?

15     A.    Yes.

16     Q.    The paper time card is in fact Exhibit 3; is

17    that correct?

18     A.    Exactly.

19     Q.    And Exhibit 3 -- withdraw the question.

20           To whom do Adecco employees using Exhibit 3

21    submit their time cards?

22     A.    It depends.  They could submit it to the

23    branch or they could fax it to the branch or if they

24    work at a client where Adecco has a presence, they could

25    turn it in to the on-site person at the client.  They

1    could leave it in some kind of box that someone from

2    Adecco comes by and picks up.  There's a million

3    different options.

4        Q.    Once a time card such as Exhibit 3 has been

5    submitted by an employee, where does the time card go?

6        A.    To -- either to our Adecco office or to a

7    location where there's someone that does the inputting

8    of the time.

9        Q.    So time card data input is done either at the

10   Adecco office or some other site where that function is

11   performed, correct?

12       A.    Unless the associate did their own data input

13   through the web time or the ATS system.

14       Q.    Understood.  Now, for purposes of my

15   questioning now I'm going to be asking questions

16   regarding those employees who only submit a paper time

17   card.  All right?

18       A.    Okay.

19       Q.    When data is input for a paper time card at an

20   Adecco office, what data is input?

21       A.    The total daily hours.

22       Q.    Any other data?

23       A.    No.

24       Q.    Once the data is inputted, what is done with

25   the paper time card?

Page 35

1       A.      It's retained in the branch or at a storage

2   site.

3       Q.      For how long?

4       A.      For whatever our company policy is.  I don't

5   know off the top of my head.

6       Q.      The data input that takes place in Adecco

7   office is the same as data input at another site where

8   that function takes place?

9               MR. BARKER:  Could you repeat that?  I don't

10  think I got it.

11              MR. QUALLS:  I'll redo it.

12      Q.      I believe I asked the question of what data

13  was input at an Adecco office when a time card is --

14  when a time card arrives at an Adecco office.  You

15  indicated earlier in your testimony data is input at

16  other sites.

17      A.      Right.

18      Q.      My question is where data is input at other

19  sites, is it the same data that is inputted?

20      A.      Yes.

21      Q.      From the time card?

22      A.      Yes.

23      Q.      When a time card -- withdraw the question.

24              When time card data is inputted, is any record

25  kept to your knowledge of meal periods?

Page 36

1           MR. BARKER:  You mean other than the time card

2      itself or are you talking about on the inputted stuff?

3           MR. QUALLS:  Yes.

4           MR. BARKER:  Which are you talking about?

5           MR. QUALLS:  All right.  I'll rephrase.

6      Q.    When time card data is input other than the

7      time card itself, is any other record created regarding

8      meal period data?

9      A.    No.

10          MR. BARKER:  You want a break?

11          THE WITNESS:  Does anybody feel like taking a

12     break?

13          MR. QUALLS:  You can take a break anytime you

14     wish.

15          (Whereupon a break was taken from 11:18 to

16           11:39.)

17     Q.    BY MR. QUALLS:  All right.  Back on the

18     record.  Turning your attention again to Exhibit 3.

19     A.    Okay.

20     Q.    The second page, the back page.

21     A.    Yes.

22     Q.    Under the section for associate, do you see

23     that?

24     A.    Yes.

25     Q.    This section informs the associate what steps

1      direct upload just because of the sophistication of the

2      tool.

3          Q.    Do you know if in that process meal period

4      data is captured in the --

5          A.    I don't know.

6          Q.    -- time capture system?  Where employee time

7      records are captured by time clocks provided by clients,

8      is there a time capture system that captures that data?

9          A.    I think --

10             MR. BARKER:  The question's vague.

11             THE WITNESS:  I think it would depend on the

12     system.  There's always going to be a variety of

13     different ways of capturing because it depends on the

14     tools.  So it could be that it does a direct upload,

15     that would be ideal --

16             MR. BARKER:  That's not what he asked you.

17             THE WITNESS:  Sorry.  Okay.  Start over.  Tell

18     me the question again.

19             MR. QUALLS:  Sure.  Would you read back the

20     question, please.

21             (Whereupon the record was read as requested.)

22             THE WITNESS:  I don't know.

23         Q.    BY MR. QUALLS:  Do you know how employee time

24     -- does the time -- withdraw the question.

25             Do time capture systems capture information

Page 48

1      regarding hours worked for purposes of payroll?

2        A.    Yes.

3        Q.    How are hours worked captured for payroll

4      where employees use time clocks provided by clients?

5        A.    It could be a variety of ways.  Ideally would

6      be a direct upload from their system to ours.  It could

7      be that it prints out a report.  It depends on the

8      capability of the time capture system and its

9      compatibility to our system.

10     Q.    When you say it prints out a report, do you

11    mean the clients supply time clock printout reports?

12     A.    Yes.

13     Q.    Is the report then -- withdraw the question.

14            Is the data on that report then inputted into

15    a time capture system by Adecco?

16     A.    Yes.

17     Q.    What system is it inputted into?

18     A.    At time.adecco.com.

19     Q.    Is there a way to determine what employees use

20    the ACT system to input their time records?

21           MR. BARKER:  The ATS?

22           MR. QUALLS:  Did I say --

23           MR. BARKER:  Did you mean ATS?

24           MR. QUALLS:  Yes.

25           THE WITNESS:  Is there a way to determine --