IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVOTNAE GOLDSBY,<br><br>    Plaintiff,<br><br>  v.<br><br>ADECCO, INC.,<br><br>    Defendant | No. C-07-5604 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO MODIFY PRETRIAL PREPARATION ORDER; VACATING HEARING** |

    Before the Court is plaintiff's "Motion to Modify Pretrial Preparation Order," filed June 27, 2008. Defendant has filed partial opposition to the motion, to which plaintiff has replied. Having read and considered the papers filed in support of and in response to the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for August 1, 2008, and rules as follows.

    In her motion, plaintiff seeks an order extending the deadline for filing her motion for class certification from July 7, 2008 to September 22, 2008. In its response, defendant states it does not oppose a 40-day extension of the deadline, i.e., it does not oppose the Court's extending the deadline to August 19, 2008, but that it opposes any further extension.

    In light of defendant's non-opposition to an extension to August 19, 2008, and good cause appearing for a short further extension in light of Magistrate Judge Spero's order of

July 15, 2008, the Court will extend the deadline to August 31, 2008.

    To the extent plaintiff seeks an extension beyond August 31, 2008, the Court will deny the motion, without prejudice to plaintiff's seeking a further extension if, in light of the subsequent course of discovery and/or any rulings that may be issued by Magistrate Judge Spero, plaintiff can show good cause for such relief.

    Accordingly, plaintiff's motion is hereby GRANTED in part and the Pretrial Preparation Order is amended to extend, to August 31, 2008, the deadline for plaintiff's filing a motion for class certification.  In all other respects, the motion is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: July 28, 2008

_____
MAXINE M. CHESNEY
United States District Judge