# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.  C 07-05604 MMC (JCS)**

**CASE NAME:  SHAVOTNAE GOLDSBY v. ADECCO INC**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: August 1, 2008    **TIME: 7 mins** | **COURT REPORTER**: Belle Ball |
| **COUNSEL FOR PLAINTIFF:**<br>Daniel H. Qualls (T)* | **COUNSEL FOR DEFENDANT:**<br>Charles Barker (T)* |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Telephonic Discovery Conference re:<br>Motion to Compel Pla's ROG #1 [Docket 28] | Granted in part,<br>Denied in part. |

**ORDERED AFTER HEARING:**

**By Aug. 11th Dft shall provide a sampling of the class members. Plaintiff shall draft written communication to be sent the random sampling of class members.**

**ORDER TO BE PREPARED BY:**    () Plaintiff    () Defendant    (X) Court

**CASE CONTINUED TO:**

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:**   at 1:30 p.m. |
| **Trial Date:**   at 8:30 a.m.  ()Jury   ()Court   Set for   days | | |

cc:    Chambers; Karen
* (T) = Telephonic Appearance