United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVOTNAE GOLDSBY, ET AL., | Case No. C-07-05604 MMC (JCS) |
| Plaintiff(s), | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL** [Docket No. 28] |
| ADECCO, INC., ET AL., | |
| Defendant(s). | |

The parties have filed a joint letter dated July 30, 2008, [Docket No. 28] which the Court interprets as a motion to compel further responses to Plaintiff's interrogatory number one (the "Motion"). The Court heard oral argument on August 1, 2008. For the reasons stated on the record and good cause appearing, IT IS HEREBY ORDERED as follows:

**Not later than August 11, 2008**, Defendant Adecco shall provide name and contact information, other than home telephone numbers, for 2,500 hourly employees that are members of the putative class. The names shall be selected randomly, with 500 names taken from each of the five years of the proposed class. All such information shall be provided on an "Attorneys' Eyes Only" basis. Plaintiff's counsel may not initiate contact with any of these 2,500 hourly employees except by letter, which shall be approved either by defense counsel or by the Court. The letter may invite the hourly employees to contact Plaintiff's counsel.

Except as so expressly granted, the Motion is DENIED.

IT IS SO ORDERED.

Dated: August 5, 2008

JOSEPH C. SPERO
United States Magistrate Judge