Daniel H. Qualls, Bar No. 109036
Robin G. Workman, Bar No. 145810
Aviva N. Roller, Bar No. 245415
**QUALLS & WORKMAN, LLP**
244 California Street, Suite 410
San Francisco, CA 94111
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

David Sanford, D.C. Bar No. 457933
Meenoo Chahbazi, CA Bar No. 233985
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVOTNAE GOLDSBY, AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>ADECCO, INC, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. CV-07-5604 MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SHAVOTNAE GOLDSBY'S MOTION TO FURTHER MODIFY PRETRIAL PREPARATION ORDER**<br><br>DATE: September 26, 2008<br>TIME: 9:00 a.m.<br>CTRM: 7<br>JUDGE: HON. MAXINE M. CHESNEY |

1   This matter having come on regularly for hearing before the Honorable Maxine M.
2   Chesney in Courtroom 7 of the United States District Court For The Northern District Of
3   California on September 26, 2008, Daniel H. Qualls of Qualls & Workman, L.L.P. appearing on
4   behalf of Plaintiff and Charles Barker, Esq. of Sheppard, Mullin, Richter & Hampton, LLP,
5   appearing on behalf of Defendant Adecco, Inc.
6   Plaintiff Shavotnae Goldsby seeks further modification of the existing Pretrial Preparation
7   Order, entered by this Court on February 15, 2008, by extending the time permitted for Plaintiff to
8   file her motion for class certification by an additional 30 days to September 30, 2008. Good cause
9   for modification exists pursuant to Fed. Rule Civ. Proc. 16(b)(4) given Defendant Adecco's
10  repeated delays in complying with its discovery obligations. Plaintiff did not receive the putative
11  class member names and addresses until nearly a year after the interrogatories seeking it were
12  propounded, leaving less than three weeks between receipt of the class member names and
13  addresses and the deadline to file a motion for class certification. Good cause further exists given
14  the nature of Magistrate Judge Spero's Order that permits Plaintiff to initiate contact with putative
15  class members via letter only, thereby placing further delay on her ability to contact said class
16  members and obtain further evidence in support of class certification.
17  After briefing and argument, and good cause appearing,
18  **IT IS HEREBY ORDERED**:
19  The following modifications to the Pretrial Preparation Order are permitted:
20  1. Plaintiff's Motion for Class Certification is to be filed by September 30, 2008.
21  2. Defendant's Opposition is due October 30, 2008.
22  3. Plaintiff's Reply is due November 13, 2008.
23  4. The Hearing on Plaintiff's Motion will take place November 21, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: _____          _____
                                Honorable Maxine M. Chesney
                                United States District Court Judge