UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVOTNAE GOLDSBY, ET AL., | Case No. C-07-05604 MMC (JCS) |
| Plaintiff(s), | |
| v. | **ORDER RE: REFERENCE ON MOTION TO COMPEL** [Docket No. 34] |
| ADECCO, INC., ET AL., | |
| Defendant(s). | |

The District Judge entered an Order Referring In Part and Denying In Part Plaintiff's Objections dated August 29, 2008. The parties are hereby ORDERED to provide simultaneous briefing, not to exceed five pages, regarding the issues raised by paragraph 2 of the District Court's order. All briefs shall be due within 10 calendar days of the date of this order.

IT IS SO ORDERED.

Dated: September 2, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge