SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
　A Limited Liability Partnership
　Including Professional Corporations
CHARLES F. BARKER, Cal. Bar No. 70076
ROSS A. BOUGHTON, Cal. Bar No. 241119
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398

Attorneys for Defendant
ADECCO INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVOTNAE GOLDSBY, AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADECCO, INC., and DOES 1 through 100, inclusive,,<br><br>　　　　　Defendants. | Case No. CV 07 5604 MMC<br><br>**DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO FURTHER MODIFY PRETRIAL PREPARATION ORDER**<br><br>[Complaint Filed: July 26, 2007]<br><br>Date:　September 26, 2008<br>Time:　9:00 a.m.<br>Court:　7<br>Judge:　Hon. Maxine M. Chesney |

## NOTICE OF NON-OPPOSITION

NOTICE IS HEREBY GIVEN that Defendant Adecco Inc. does not oppose Plaintiff's Motion to Further Modify Pretrial Preparation Order. Plaintiff's motion seeks to extend the deadline to file a motion for class certification for a second time. The original deadline for a class certification motion was July 28, 2008. That deadline was extended until August 31, 2008 in response to Plaintiff's original motion to modify the pretrial order. Now, Plaintiff moves for a second time to further extend that deadline, this time until September 30, 2008. As noted above, Defendant does not oppose the current request for a second extension of the class certification deadline, but will vigorously oppose any future requests to modify the deadline date. Plaintiff has known of the class certification deadline since this Court's pretrial order was issued in February and, especially considering the two extensions, has had ample time prepare a class certification motion.

Dated: September 4, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Ross A. Boughton*
CHARLES F. BARKER
ROSS A. BOUGHTON
Attorneys for Defendant ADECCO, INC.