**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVOTNAE GOLDSBY,<br><br>    Plaintiff,<br><br>  v.<br><br>ADECCO, INC.,<br><br>    Defendant<br>_____/ | No. C-07-5604 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FURTHER MODIFY PRETRIAL PREPARATION ORDER; VACATING HEARING** |

    Before the Court is plaintiff's Motion to Further Modify Pretrial Preparation Order, filed August 22, 2008, by which plaintiff seeks to extend the deadline to file a motion for class certification from August 31, 2008 to September 30, 2008. Defendant has filed a Notice of Non-Opposition. Having read and considered the papers submitted by the parties, the Court hereby VACATES the September 26, 2008 hearing, and rules as follows.

    In light of defendant's non-opposition to the motion, and good cause appearing from Magistrate Judge Spero's August 5, 2008 order compelling defendant to provide additional discovery that may be pertinent to a motion for class certification, plaintiff's motion to further modify the Pretrial Preparation Order is hereby GRANTED.

    Accordingly, the following briefing and hearing schedule shall apply:

    1. Plaintiff's motion for class certification, if any, shall be filed no later than September 30, 2008.

2. Any response to plaintiff's motion for class certification shall be filed no later than October 30, 2008.

3. Plaintiff's reply shall be filed no later than November 13, 2008.

4. The hearing on any such motion for class certification will be conducted on December 5, 2008, at 9:00 a.m.[1]

**IT IS SO ORDERED.**

Dated: September 10, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] In her motion, plaintiff suggested the hearing be conducted on November 21, 2008; such date does not afford the Court sufficient time to prepare for a hearing.