**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVOTNAE GOLDSBY, ET AL., | Case No. C-07-05604 MMC (JCS) |
| Plaintiff(s), | **ORDER RE: COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS** |
| v. | |
| ADECCO, INC., ET AL., | |
| Defendant(s). | |

This Court entered an order, dated August 5, 2008, which required the production of the names and contact information for 2500 members of the putative class in this matter, and which prohibited the plaintiffs from initiating communications with these individuals except by letter approved by the court. The District Judge entered an Order Referring In Part and Denying In Part Plaintiff's Objections, dated August 29, 2008, instructing the undersigned to weigh the "need for a limitation and the potential interference with the rights of the parties" under Gulf Oil v. Bernard, 452 U.S. 89, 101-02 (1981). After further briefing by the parties on this issue, the Court does not find that any showing has been made that would justify the limitation imposed. There has been no demonstration of any previous abuses by counsel, or any reason to believe that such abuses would occur. Accordingly, the restrictions on plaintiffs' contact with the 2500 putative class members is removed.

IT IS SO ORDERED.

Dated: September 18, 2008

JOSEPH C. SPERO
United States Magistrate Judge