1  Daniel H. Qualls, Bar No. 109036
   Robin G. Workman, Bar No. 145810
2  **QUALLS & WORKMAN, LLP**
   244 California Street, Suite 410
3  San Francisco, CA 94111
   Telephone: (415) 782 – 3660
4  Facsimile: (415) 788-1028

5  David Sanford, D.C. Bar No. 457933
   **SANFORD, WITTELS & HEISLER, LLP**
6  1666 Connecticut Avenue, N.W.
   Suite 310
7  Washington, D.C. 20009
   Telephone: (202) 742-7780
8  Facsimile: (202) 742-7776

9  Grant Morris, D.C. Bar No. 926253
   **LAW OFFICES OF GRANT E. MORRIS**
10 1666 Connecticut Avenue, N.W.
   Suite 310
11 Washington, D.C. 20009
   Telephone: (202) 742-7783
12 Facsimile: (202) 742-7776

13 *Attorneys for Plaintiff*

14                   UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16 SHAVOTNAE GOLDSBY, AND ALL   )   Case No. CV 07-5604 MMC
   OTHERS SIMILARLY SITUATED,   )
17                              )   [PROPOSED] ORDER
              Plaintiff,        )   GRANTING PLAINTIFFS'
18                              )   MOTION TO WITHDRAW
         v.                     )   ATTORNEY MEENOO
19                              )   CHAHBAZI AS COUNSEL
   ADECCO, INC.,                )   FOR PLAINTIFFS
20            Defendant.        )
21

22     Upon consideration of the foregoing, the Court hereby ORDERS that Plaintiffs' Motion

23 to Withdraw Attorney Meenoo Chahbazi as Counsel for Plaintiffs is GRANTED.

24

1     Accordingly, good cause appearing,

2     IT IS SO ORDERED.

4 Dated: October 30, 2008

                                        Hon. Maxine M. Chesney

                                        Judge, United States District Court