1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHAVOTNAE GOLDSBY, AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>    v.<br><br>ADECCO, INC., and DOES 1 through 100, inclusive,,<br><br>    Defendants. | Case No. CV 07 5604 MMC<br><br>[~~PROPOSED~~] **ORDER MODIFYING THE BRIEFING SCHEDULE FOR PLAINTIFF'S CLASS CERTIFICATION MOTION** AND CONTINUING HEARING<br><br>[Complaint Filed: July 26, 2007] |

-1-

THE PARTIES HAVING STIPULATED AND AGREED to extend the briefing schedule for Defendant's Opposition to Plaintiff's Motion For Class Certification and Plaintiff's Reply to that Opposition, the Court HEREBY ORDERS that the briefing schedule be amended as follows:

- Defendant shall file opposition papers by November 13, 2008.
- Plaintiff shall file reply papers, if any, by November 24, 2008.
- ~~All other dates shall remain unchanged.~~ The hearing on plaintiffs' Motion For Class Certification is continued from December 5, 2008 to December 19, 2008.

SO ORDERED:

~~Dated:  October ___, 2008~~
Dated: November 3, 2008

By _____
MAXINE M. CHESNEY
United States District Judge