IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVOTNAE GOLDSBY, | No. C-07-5604 MMC |
|     Plaintiff, | **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO MODIFY PRETRIAL PREPARATION ORDER** |
|   v. | |
| ADECCO, INC., | |
|     Defendant                       / | |

      Before the Court is plaintiff's Motion to Modify Pretrial Preparation Order ("Motion to Modify"), filed October 31, 2008, by which plaintiff seeks to extend each remaining deadline and date, including the trial date, approximately five to six months. Defendant has not filed opposition or otherwise responded to the motion. Having read and considered the motion, the Court, as set forth below, finds it appropriate to continue the hearing on plaintiff's Motion to Modify.

      Plaintiff's request for a continuance is premised on the Court's granting her motion for class certification, which motion is set for hearing on December 19, 2008.[1] Under such circumstances, it is premature to consider plaintiff's Motion to Modify in advance of a determination as to whether it is appropriate to certify a class, and, accordingly, the hearing

---

[1] Plaintiff does not assert good cause exists to modify any deadline or date if her motion for class certification is not granted.

on plaintiff's Motion to Modify is hereby CONTINUED from December 5, 2008 to December 19, 2008.

**IT IS SO ORDERED.**

Dated: December 3, 2008

_____
MAXINE M. CHESNEY
United States District Judge