**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SHAVOTNAE GOLDSBY,                    No. C-07-5604 MMC

12              Plaintiff,               **ORDER VACATING JANUARY 23, 2009**
         v.                              **HEARING**
13
     ADECCO, INC.,
14
                Defendant
15   _____/

16

17        Before the Court are two motions filed by plaintiff:  (1) "Motion for Class

18   Certification," filed September 30, 2008; and (2) "Motion to Modify Pretrial Preparation

19   Order" ("Motion to Modify"), filed October 31, 2008.  Defendant Adecco, Inc. has filed

20   opposition to plaintiff's Motion for Class Certification, to which plaintiff has replied; further,

21   with leave of the Court, the parties have filed supplemental briefs.  Defendant has not filed

22   opposition or otherwise responded to the Motion to Modify.  Having read and considered

23   the parties' respective submissions, the Court finds the matters suitable for decision on the

24   papers submitted, and VACATES the hearing scheduled for January 23, 2009.

25        **IT IS SO ORDERED.**

26

27   Dated: January 21, 2009                    _____
                                                 MAXINE M. CHESNEY
28                                               United States District Judge