IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAVOTNAE GOLDSBY,

    Plaintiff,

  v.

ADECCO, INC.,

    Defendant

                                    /

No. C-07-5604 MMC

**ORDER CONTINUING STATUS CONFERENCE**

    In light of the pendency of plaintiff's Motion for Class Certification and Motion to Modify Pretrial Preparation Order, the Status Conference is hereby CONTINUED from February 6, 2009 to February 20, 2009. A Joint Status Conference Statement shall be filed no later than February 13, 2009.

    **IT IS SO ORDERED.**

Dated: January 30, 2009

                                                    MAXINE M. CHESNEY
                                                    United States District Judge