Daniel H. Qualls, Bar No. 109036
Robin G. Workman, Bar No. 145810
QUALLS & WORKMAN, LLP
244 California Street, Suite 410
San Francisco, CA 94111
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

David Sanford, D.C. Bar No. 457933
Meenoo Chahbazi, CA Bar No. 233985
SANFORD, WITTELS & HEISLER, LLP
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776

Grant Morris, D.C. Bar No. 926253
LAW OFFICES OF GRANT E. MORRIS
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile:  (202) 742-7776

*Attorneys for Plaintiff*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
CHARLES F. BARKER, Cal. Bar No. 70076
ROSS A. BOUGHTON, Cal. Bar No. 241119
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:   213-620-1780
Facsimile:    213-620-1398

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| SHAVOTNAE GOLDSBY, AND ALL OTHERS SIMILARLY SITUATED,<br><br>         Plaintiff,<br><br>    vs.<br><br>ADECCO, INC, and DOES 1 through 100, inclusive,<br><br>         Defendants. | No. CV-07-5604 MMC<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** CONTINUING CONFERENCE<br><br>**Date:** February 20, 2009<br>**Time:** 10:30 a.m.<br>**Dept:** Courtroom 7<br>**Judge:** Maxine M. Chesney<br>**Complaint Filed:** July 26, 2007 |

-1-

Plaintiff Shavotnae Goldsby and Defendant Adecco, Inc. (collectively "the Parties") hereby submit their Joint Case Management Statement.

**JOINT CASE MANAGEMENT STATEMENT**

The Parties have reached a settlement in this matter. The Parties are in the process of finalizing the settlement agreement and anticipate that it will be finalized within two weeks. Thereafter, the Parties will file a Stipulation of Dismissal.

The Parties request that the Court continue the February 20, 2009 status conference for 30 days in order to allow the Parties sufficient time to complete the settlement and file the Stipulation of Dismissal.

Date: February 12, 2009          QUALLS & WORKMAN, L.L.P.

                                 By:_____/s/_____
                                    Daniel H. Qualls
                                    Attorney for Shavotnae Goldsby

Date: February 12, 2009          SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

                                 By:_____/s/_____
                                    Charles F. Barker
                                    Attorneys for Defendant Adecco, Inc.

# ORDER

**IT IS HEREBY ORDERED** that the February 20, 2009 status conference is continued from February 20, 2009 until March 20, 2009.

DATED: February 13, 2009

By: _____
HON. MAXINE M. CHESNEY
United States District Judge

-3-