1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| 11 SHAVOTNAE GOLDSBY, AND ALL OTHERS SIMILARLY SITUATED,<br>12<br>Plaintiff,<br>13<br>vs.<br>14<br>ADECCO, INC, and DOES 1 through 100, inclusive,<br>15<br>Defendants.<br>16 | ) No. CV-07-5604 MMC<br>)<br>)<br>) **STIPULATION AND ORDER OF**<br>) **DISMISSAL WITH PREJUDICE**<br>) **PURSUANT TO SETTLEMENT**<br>) **AGREEMENT**<br>)<br>) **F.R.C.P. RULE 41**<br>)<br>)<br>) |

17

18      WHEREAS the parties have informed the Court that they have agreed to settle the

19 · individual claim of Plaintiff Shavotnae Goldsby (Goldsby) pursuant to the terms of a written

20   settlement agreement; and

21      WHEREAS the parties have informed the Court that pursuant to the terms of the

22   settlement agreement, Plaintiff Goldsby agrees to a dismissal of her individual claims, with

23   prejudice.

24      The parties hereby stipulate to jointly request entry of an order dismissing the action, with

25   prejudice, pursuant to the settlement agreement between the parties.

26
27
28

STIPULATION AND ORDER                    -1-                    3153\SETTLEMENT\STIP&ORDER.DOC

1    Dated: March 12 , 2009           QUALLS & WORKMAN, LLP

2

3

                                          Daniel H. Qualls

4                                       Attorney for Plaintiff, Shavotnae Goldsby

5

6

7    Dated: March 11 , 2009           SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

8

9

10                                      Charles F. Barker
                                     Attorney for Defendant, Adecco, Inc.

11

12        Pursuant to the stipulation of the parties, and good cause appearing, **IT IS HEREBY**

13 **ORDERED** that the action be and is dismissed with prejudice, with each party to bear sole

14 responsibility for their fees and costs. Said dismissal does not include, and is without prejudice to,

15 any claims or rights of putative class members as identified in Plaintiff's Complaint.

16

17    Dated:   March 13, 2009

                                 Honorable Maxine M. Chesney
18                                  United States District Court Judge

19

20

21

22

23

24

25

26

27

28